**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GERARD BENJAMIN, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

Case No. 3:22-cv-936-TJC-PDB

POLLACK & ROSEN, P.A. and
CREDIT CORP SOLUTIONS, INC.,

    Defendants.

# O R D E R

Upon review of the Joint Stipulation of Dismissal, Doc. 30, filed on January 11, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of January, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record